IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02064-RPM-MJW

BRENDAN CARPENTER

    Plaintiff,

v.

CREDIT MANAGEMENT GROUP, LLC,

    Defendant.

_____

**ORDER REGARDING MOTION TO SUBSTITUTE EXHIBIT**
_____

THIS MATTER, having come before the Court upon the MOTION TO SUBSTITUTE EXHIBIT dated November 29, 2007; and

THE COURT having determined that the relief sought is meritorious and should be granted is therefore fully grants the within motion, substituting the attached Exhibit A for the prior Exhibit A attached to the pending Complaint.

DATED: December 3rd , 2007

                                                   s/Richard P. Matsch
                                                 _____
                                                 U.S. District Court Judge