IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02064-RPM

BRENDAN CARPENTER,

                Plaintiff,

v.

CREDIT MANAGEMENT GROUP, LLC,

                Defendant.
_____

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND FOR STAY
_____

      On December 7, 2007, the defendant Credit Management Group, LLC, filed a motion to compel arbitration and for stay of this civil action, citing a provision of the plaintiff's employment contract agreeing to arbitration of all disputes. The plaintiff filed a response on January 4, 2008, opposing the motion on the sole ground that the arbitration clause should be held unenforceable as a contract which did not include specific provisions concerning the manner in which the arbitration shall proceed. The defendant responded on January 21, 2008. The arbitration clause is enforceable and the defendant's motion to compel must be granted. The procedure for arbitration is a matter upon which counsel are expected to agree, in the absence of which, this Court will provide direction pursuant to the Federal Arbitration Act. Accordingly, it is

      ORDERED that the motion to compel arbitration is granted and the parties shall have to and including February 15 to agree upon the terms of arbitration and the selection of an arbitrator. If no agreement has been reached, the parties shall file with

the Court their respective contentions on or before that date to enable the Court to direct arbitration terms. It is

FURTHER ORDERED that this civil action is stayed pending arbitration.

DATED: January 22nd, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge