IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02064-RPM

BRENDAN CARPENTER,

        Plaintiff,

v.

CREDIT MANAGEMENT GROUP, LLC,

        Defendant.
_____

ORDER FOR STATUS REPORT
_____

        On January 22, 2008, this action was stayed pending arbitration and on February 13, 2008, counsel filed a Joint Status Report, advising that no further judicial intervention was necessary at that time.  Nothing further has been filed with this court and it is now

        ORDERED that counsel shall filed a status report on or before February 22, 2010.

        DATED: February 12th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge