IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-CV-02064-RPM-MJW

BRENDAN CARPENTER

    Plaintiff,

v.

CREDIT MANAGEMENT GROUP, LLC,

    Defendant.

_____

**ORDER RE DISMISSAL**
_____

Upon review of Counsel for Plaintiff and Defendant's Joint Stipulated Motion for Dismissal [15], it is

ORDERED that this case is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

DATED this 23rd day of February, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District  Judge